BLANK ROME LLP
Caroline Powell Donelan (SBN 268762)
CDonelan@BlankRome.com
Natalie Alameddine (SBN 296423)
NAlameddine@BlankRome.com
2029 Century Park East | 6th Floor
Los Angeles, CA 90067
Telephone: 424.239.3400
Facsimile:  424.239.3434

Attorneys for Defendants
LENNAR CORPORATION
and CAL-ATLANTIC GROUP

Sean M. Patrick (SBN 287544)
5 Sierra Gate Plaza, Suite 302
Roseville, CA 95678
Telephone: (916) 226-6062
Facsimile: (916) 721-2727

Attorney for Plaintiff
JEFF MARTIN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF MARTIN,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LENNAR CORPORATION, CAL-ATLANTIC GROUP, and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | Case No. 2:18-cv-02992-KJM-DB<br><br>**JOINT STIPULATION AND ORDER TO SUBMIT MATTER TO ARBITRATION**<br><br>Compl. Filed: September 7, 2018<br>Am. Compl.: September 12, 2018<br>Removal:　　November 15, 2018<br>Trial Date:　None |

　　　　IT IS HEREBY AGREED AND STIPULATED BY AND BETWEEN Defendants LENNAR CORPORATION and CAL-ATLANTIC GROUP (Collectively "Defendants") and Plaintiff JEFF MARTIN ("Plaintiff"), by and through their undersigned respective counsel, as follows:

154001.00278/118150117v.1

**STIPULATION AND ORDER TO SUBMIT TO ARBITRATION**

1 | WHEREAS, on September 7, 2018, Plaintiff filed a Complaint against Defendants, and an amended Complaint on September 12, 2018, in the above-referenced action;

WHEREAS, on February 6, 2015 Plaintiff entered into a written Sales Counselor Agreement with Standard Pacific Homes (the "2015 Agreement"). Section 15 of the 2015 Agreement contains a written agreement to submit any and all disputes arising out of Plaintiff's employment to binding arbitration;

WHEREAS, on April 25, 2016, Plaintiff entered a second written Sales Counselor Agreement with Standard Pacific Homes' successor, Defendant Cal-Atlantic Group, Inc. (the "2016 Agreement"). Section 15 of the 2016 Agreement contains the same written agreement to submit any and all disputes arising out of Plaintiff's employment to binding arbitration;

WHEREAS, pursuant to the terms of Section 15 which are found in both the 2015 and 2016 Sales Agreements executed by the Parties, the Parties hereby agree and stipulate to submit this entire matter to final and binding arbitration under the JAMS Employment Arbitration Rules and Procedures incorporated into the Agreements.

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE THAT the Court order this entire matter to final and binding arbitration, in accordance with Section 15 of the Parties' Agreements and the JAMS Employment Arbitration Rules and Procedures.

THE PARTIES FURTHER STIPULATE THAT the Court should dismiss the above-entitled matter in its entirety, without prejudice, and retain jurisdiction over the matter until after resolution of arbitration in accordance with this order; and that judgment on any award rendered by the arbitrator may be entered in the above-referenced action.

///
///

IT IS HEREBY STIPULATED.

DATED: March 8, 2019          BLANK ROME LLP

By: */s/ Caroline P. Donelan*
    Caroline P. Donelan
    Natalie Alameddine
Attorneys for Defendants
LENNAR CORPORATION
and CAL-ATLANTIC GROUP


DATED: March 8, 2019          LAW OFFICE OF SEAN M. PATRICK

By: */s/ Sean M. Patrick*
    Sean M. Patrick
Attorney for Plaintiff,
JEFF MARTIN

(As authorized on March 8, 2019, L.R. 131(e))

# **ORDER**

IT IS HEREBY ORDERED that, pursuant to the Parties' stipulation to arbitrate all claims between them in this action, this matter shall be submitted in its entirety to final and binding arbitration in accordance with the terms of the Parties' written agreement to arbitrate.

IT IS FURTHER ORDERED THAT the above-entitled action is DISMISSED, without prejudice, and that the Court will retain jurisdiction over the above-entitled action until after an arbitration is had in accordance with this order.

IT IS FURTHER ORDERED THAT judgment on any award rendered by the arbitrator may be entered in the above-entitled action.

DATED: March 14, 2019.

_____
UNITED STATES DISTRICT JUDGE